IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IDENIX PHARMACEUTICALS, INC., UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITÉ MONTPELLIER II,<br><br>     Plaintiffs,<br><br> v.<br><br>GILEAD SCIENCES, INC. and GILEAD PHARMASSET LLC,<br><br>     Defendants. | C.A. No. 13-1987-LPS |
| IDENIX PHARMACEUTICALS, INC., UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITÉ MONTPELLIER II,<br><br>     Plaintiffs,<br><br> v.<br><br>GILEAD PHARMASSET LLC,<br><br>     Defendant. | C.A. No. 14-109-LPS |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Court's Scheduling Order (Dkt. No. 42), the parties in the above-captioned matters submit their Joint Claim Construction Chart setting forth the disputed claim terms from the asserted claims of U.S. Patent Numbers 6,914,054 ("the '054 patent"), 7,608,597 ("the '597 patent") and 7,608,600 ("the '600 patent"). The attached Joint Claim Construction Chart also includes each party's proposed construction of the disputed claim language with citations to the intrinsic evidence in support of their respective proposed constructions. The parties have made a good faith effort to include herein all known support in the intrinsic record for their respective constructions, but reserve their right to supplement the attached Joint Claim Construction Chart with additional evidence and to rely upon additional evidence in their claim construction briefs. The parties also attach hereto copies of the '054, '597 and '600 patents and those portions of the intrinsic record relied upon.

A copy of the Joint Claim Construction Chart is attached as Exhibit A.

A copy of the '054 patent is attached as Exhibit B.

A copy of the '597 patent is attached as Exhibit C

A copy of the '600 patent is attached as Exhibit D.

A copy of the other intrinsic evidence relied upon by the Plaintiffs is attached as Exhibits E1-E7.

A copy of the other intrinsic evidence relied upon by the Defendants is attached as Exhibits F1-F19.

| ASHBY & GEDDES | FISH & RICHARDSON P.C. |
|---|---|
| */s/ John G. Day* | */s/ Martina Tyreus Hufnal* |
| John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>amayo@ashby-geddes.com | Douglas E. McCann (#3852)<br>Martina Tyreus Hufnal (4771)<br>Santosh V. Coutinho (#5470)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899<br>dmccann@fr.com; hufnal@fr.com;<br>coutinho@fr.com |

*Attorneys for Plaintiffs Idenix Pharmaceuticals, Inc., Universita Degli Studi di Cagliari, Centre National de la Recherche Scientifique, and L' Université Montpellier II*

W. Chad Shear (#5711)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
shear@fr.com

*Of Counsel*:

Calvin P. Griffith
Ryan B. McCrum
Michael S. Weinstein
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939

John M. Farrell
Rebecca Charnas Grant
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
jfarrell@fr.com; rgrant@fr.com

Anthony M. Insogna
John D. Kinton
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
(858) 314-1200

Corrin N. Drakulich
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
drakulich@fr.com

John M. Michalik
JONES DAY
77 West Wacker
Chicago, IL 60601
(312) 782-3939

Rebecca Shult
Tasha M. Francis
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
shult@fr.com; tfrancis@fr.com

Dated: May 20, 2015

*Attorneys for Defendants Gilead Sciences, Inc. and Gilead Pharmasset LLC*