# EXHIBIT A

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| "β-D-2'-C-branched pyrimidine nucleoside" ('054 Patent) | A β-D-pyrimidine nucleoside having two non-hydrogen substituents at the 2' position, at least one of which is connected at the 2' position through a carbon-to-carbon bond | A β-D pyrimidine nucleoside with two non-hydrogen substituents at the 2' position, at least one of which is connected at the 2' position through a carbon-to-carbon bond, and no fluorine at the 2'down position. |
| | **Intrinsic evidence:**<br><br>The '054 patent claims (Exh. B), including:<br><br>• Claims 1-27<br><br>The '054 patent specification (Exh. B), including:<br><br>• '054 pat – 5:26-61<br>• '054 pat – 6:4-39<br>• '054 pat – 6:50-7:15<br>• '054 pat – 7:26-55<br>• '054 pat – 7:65-8:28<br>• '054 pat – 8:38-67<br>• '054 pat – 9:11-63<br>• '054 pat – 9:65-10:53<br>• '054 pat – 10:55-11:37<br>• '054 pat – 11:39-12:17<br>• '054 pat – 12:18-63<br>• '054 pat – 12:65-13:38<br>• '054 pat – 15:41-16:31<br>• '054 pat – 16:41-45<br>• '054 pat – 16:49-17:13 | **Intrinsic evidence:**<br><br>**'054 Patent Specification (Exh. B):**<br>Figure 1, 5:36-67, 6:8-46, 6:53-7:22, 8:1-34, 8:40-9:6, 10:1-53, 10:60-37, 11:41-12:11, 12:21-59, 13:1-33, 21:29-22:14, 23:1-45, 24:4-39, 25:14-17, 25:35-40, 25:57-62, 27:6-9, 29:1-36, 32:55-33:20, 43:55-44:5, 47:5-51:12, 88:34-89:67, 115:48-119:33, 122:36-125:23, 155:30-156:57; *see also* '054 patent generally (never describing fluorine in the 2'down position)<br><br>**Prosecution History of '054 Patent:**<br>June 16, 2003, Response to Restriction Requirement, at p. 11 (Exh. F1); August 27, 2003, Amendment, at 10 (Exh. F2); November 14, 2003, Amendment and Response to Office Action, at 11-13 (Exh. F3)<br><br>**Provisional Application 60/206,585 (Exh. F11):**<br>Page 51<br><br>**Prosecution History of U.S. Pat. No. 8,299,038 (Exh. F12):** |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | <ul><li>'054 pat – 17:24-28</li><li>'054 pat – 17:31-61</li><li>'054 pat – 18:4-8</li><li>'054 pat – 18:14-46</li><li>'054 pat – 18:57-61</li><li>'054 pat – 18:65-19:28</li><li>'054 pat – 19:38-42</li><li>'054 pat – 19:45-20:8</li><li>'054 pat – 20:17-22</li><li>'054 pat – 20:24-21:4</li><li>'054 pat – 21:12-17</li><li>'054 pat – 21:22-24</li><li>'054 pat – 21:26-22:13</li><li>'054 pat – 22:14-20</li><li>'054 pat – 22:21-26</li><li>'054 pat – 22:28-33</li><li>'054 pat – 22:35-23:45</li><li>'054 pat – 23:47-52</li><li>'054 pat – 23:54-59</li><li>'054 pat – 23:61-66</li><li>'054 pat – 24:1-43</li><li>'054 pat – 24:45-36:33</li><li>'054 pat – 37:53-38:11</li><li>'054 pat – 39:34-40:25</li><li>'054 pat – 43:53-44:25</li><li>'054 pat – 44:45-56</li><li>'054 pat – 47:5-41</li><li>'054 pat – 47:44-48:67</li><li>'054 pat – 50:38-51:12</li></ul> | April 25. 2011, Response to Office Action, at 12<br><br>**Prosecution History of U.S. Pat. No. 7,169,766 (Exh. F13):**<br>Jan. 12, 2005, Response to Office Action, at 11-13<br><br>**Prosecution History of Application No. 13/730,669 (Exh. F14):**<br>November 6, 2014, Response to Office Action, at 10 |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | • '054 pat – 51:16-52:48<br>• '054 pat – 54:30-156:56<br><br>The '054 patent file history (Exh. E), including:<br><br>• May 23, 2001, Original Application at p. 66 (Exh. E1)<br>• May 23, 2001, Original Claims at pgs. 192 – 264 (Exh. E1)<br>• March 26, 2003 Office Action at pgs. 2 and 3 (Exh. E2)<br>• June 6, 2003 Amendment at p. 11 (Exh. E3)<br>• August 26, 2003 Amendment at pgs. 7-9 and 10 (Exh. E4)<br>• August 27, 2003 Final Rejection at p. 3 (Exh. E5)<br>• October 31, 2003 Amendment at pgs. 7-9, 11-13, and 15 (Exh. E6)<br>• February 19, 2004 Notice Of Allowance at p. 2 (Exh. E7)<br><br>The '054 patent (Exh. B) abstract | |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
| --- | --- | --- |
| "β-D-2'-C-branched pyrimidine ribonucleoside" ('054 Patent) | A β-D-pyrimidine ribonucleoside having a non-hydrogen substituent at the 3' down position and two non-hydrogen substituents at the 2' position, at least one of which is connected at the 2' position through a carbon-to-carbon bond | A β-D pyrimidine nucleoside with a non-hydrogen substituent at the 2' up position that is connected at the 2' position through a carbon-to-carbon bond, and hydroxyl groups at the 2'down and 3' down positions.  [To the extent the term is not construed to require a hydroxyl group at the 2' down position, the construction should specify that there is no fluorine in the 2' down position.] |
| | **Intrinsic evidence:**<br><br>The '054 patent claims (Exh. B), including:<br><br>• Claims 1-27<br><br>The '054 patent specification (Exh. B), including:<br><br>• '054 pat – 5:26-61<br>• '054 pat – 6:4-39<br>• '054 pat – 6:50-7:15<br>• '054 pat – 7:26-55<br>• '054 pat – 7:65-8:28<br>• '054 pat – 8:38-67<br>• '054 pat – 9:11-63<br>• '054 pat – 9:65-10:53<br>• '054 pat – 10:55-11:37 | **Intrinsic evidence:**<br><br>**'054 Patent Specification (Exh. B):[1]**<br>   Figure 1, 5:36-67, 6:8-46, 6:53-7:22, 8:1-34, 8:40-9:6, 10:1-53, 11:41-12:11, 12:21-59, 13:1-33, 21:29-22:12, 23:1-45, 29:1-36, 32:55-33:20, 43:55-44:5, 47:5-51:12, 50:41-51:12, 88:34-89:67, 91:1-92:30, 115:48-119:33, 122:36-125:23, 155:30-156:57; *see also* '054 patent generally (never describing fluorine in the 2'down position)<br><br>**Prosecution History of '054 Patent:**<br>   June 16, 2003, Response to Restriction Requirement, at 11 (Exh. F1); August 27, 2003, Amendment, at 10 (Exh. F2); November 14, 2003, Amendment and Response to Office Action, at 12-13 (Exh. F3) |

[1] To the extent not listed here, Gilead incorporates by reference all citations to the '054 patent specification cited for the term "β-D-2'-C-branched pyrimidine nucleoside."

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | • '054 pat – 11:39-12:17<br>• '054 pat – 12:18-63<br>• '054 pat – 12:65-13:38<br>• '054 pat – 15:41-16:31<br>• '054 pat – 16:41-45<br>• '054 pat – 16:49-17:13<br>• '054 pat – 17:24-28<br>• '054 pat – 17:31-61<br>• '054 pat – 18:4-8<br>• '054 pat – 18:14-46<br>• '054 pat – 18:57-61<br>• '054 pat – 18:65-19:28<br>• '054 pat – 19:38-42<br>• '054 pat – 19:45-20:8<br>• '054 pat – 20:17-22<br>• '054 pat – 20:24-21:4<br>• '054 pat – 21:12-17<br>• '054 pat – 21:22-24<br>• '054 pat – 21:26-22:13<br>• '054 pat – 22:14-20<br>• '054 pat – 22:21-26<br>• '054 pat – 22:28-33<br>• '054 pat – 22:35-23:45<br>• '054 pat – 23:47-52<br>• '054 pat – 23:54-59<br>• '054 pat – 23:61-66<br>• '054 pat – 24:1-43<br>• '054 pat – 24:45-36:33<br>• '054 pat – 37:53-38:11 | **Provisional Application 60/206,585 (Exh. F11):**<br>    Pages 51, 53<br><br>**Prosecution History of U.S. Pat. No. 8,299,038 (Exh. F12):**<br>    April 25. 2011, Response to Office Action, at 12<br><br>**Prosecution History of U.S. Pat. No. 7,169,766 (Exh. F13):**<br>    Jan. 12, 2005, Response to Office Action, at 11-13<br><br>**Prosecution History of Application No. 13/730,669 (Exh. F14):**<br>    November 6, 2014, Response to Office Action, at 10 |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | • '054 pat – 39:34-40:25<br>• '054 pat – 43:53-44:25<br>• '054 pat – 44:45-56<br>• '054 pat – 47:5-41<br>• '054 pat – 47:44-48:67<br>• '054 pat – 50:38-51:12<br>• '054 pat – 51:16-52:48<br>• '054 pat – 54:30-156:56<br><br>The '054 patent file history (Exh. E), including:<br><br>• May 23, 2001, Original Application at p. 66 (Exh. E1)<br>• May 23, 2001, Original Claims at pgs. 192 – 264 (Exh. E1)<br>• March 26, 2003 Office Action at pgs. 2 and 3 (Exh. E2)<br>• June 6, 2003 Amendment at p. 11 (Exh. E3)<br>• August 26, 2003 Amendment at pgs. 7-9 and 10 (Exh. E4)<br>• August 27, 2003 Final Rejection at p. 3 (Exh. E5)<br>• October 31, 2003 Amendment at pgs. 7-9, 11-13, and 15 (Exh. E6)<br>• February 19, 2004 Notice Of Allowance at p. 2 (Exh. E7)<br><br>The '054 patent (Exh. B) abstract | |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| **"β-D-2'-methyl-ribofuranosyl nucleoside"** ('597 Patent) | A β-D-nucleoside that includes a five member sugar ring with a methyl group in the 2' up position and non-hydrogen substituents at the 2' down and 3' down positions | A β-D-nucleoside that includes a five member sugar ring with a methyl group in the 2' up position and hydroxyl groups at the 2' down and 3' down positions. [To the extent the term is not construed to require a hydroxyl group at the 2' down position, the construction should specify that there is no fluorine in the 2' down position.] |
|  | **Intrinsic evidence:**<br><br>The '597 patent claims (Exh. C), including:<br><br>• Claims 1-3 and 14-23<br><br>The '597 patent specification (Exh. C), including:<br><br>• '597 pat – 5:22-58<br>• '597 pat – 6:1-32<br>• '597 pat – 6:43-7:7<br>• '597 pat – 7:19-56<br>• '597 pat – 8:1-31<br>• '597 pat – 8:20-22<br>• '597 pat – 8:41-9:2<br>• '597 pat – 9:14-66<br>• '597 pat – 10:1-53 | **Intrinsic evidence:**<br><br>**'597 Patent Specification (Exh. C):[2]**<br>    Figure 1, 2:13-17, 10:4-53, 11:42-12:12, 12:23-61, 13:5-38, 21:60-22:49, 23:40-24:15, 29:30-30:4, 33:10-46, 43:58-44:27, 47:1-51:7, 84:51-88:64, 111:5-113:35, 116:33-117:67, 138:1-139:27; *see also* '597 patent generally (never describing fluorine in the 2'down position)<br><br>**Prosecution History of '597 Patent:**<br>    March 10, 2006, Response to Office Action, at 5 (Exh. F4); May 4, 2007, Response to Office Action, at 4 (Exh. F5)<br><br>**Provisional Application 60/206,585 (Exh. F11):**<br>    Pages 2, 23 |

[2] To the extent not listed here, Gilead incorporates by reference all citations to the '054 patent specification cited for the term "β-D-2'-C-branched pyrimidine nucleoside." The '597 patent is a continuation of the '054 patent and shares an identical specification, and Gilead hereby incorporates the corresponding citation in the '597 specification.

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | • '597 pat – 10:55-11:37<br>• '597 pat – 11:39-12:17<br>• '597 pat – 12:19-66<br>• '597 pat – 13:1-42<br>• '597 pat – 15:51-16:44<br>• '597 pat – 16:56-60<br>• '597 pat – 16:65-17:28<br>• '597 pat – 17:38-42<br>• '597 pat – 17:46-18:9<br>• '597 pat – 18:21-25<br>• '597 pat – 18:30-61<br>• '597 pat – 19:13-48<br>• '597 pat – 19:4-8<br>• '597 pat – 19:60-64<br>• '597 pat – 20:1-31<br>• '597 pat – 20:41-46<br>• '597 pat – 20:48-21:30<br>• '597 pat – 21:12-15<br>• '597 pat – 21:40-45<br>• '597 pat – 21:51-53<br>• '597 pat – 21:55-22:50<br>• '597 pat – 22:51-58<br>• '597 pat – 22:60-66<br>• '597 pat – 23:1-6<br>• '597 pat – 23:8-24:15<br>• '597 pat – 24:17-22<br>• '597 pat – 24:24-29<br>• '597 pat – 24:31-36<br>• '597 pat – 24:38-25:14 | |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | • '597 pat – 24:54-56<br>• '597 pat – 25:16-36:42<br>• '597 pat – 37:59-38:16<br>• '597 pat – 39:37-40:26<br>• '597 pat – 43:54-44:27<br>• '597 pat – 44:46-57<br>• '597 pat – 47:1-36<br>• '597 pat – 47:40-48:67<br>• '597 pat – 50:36-51:8<br>• '597 pat – 51:12-52:41<br>• '597 pat – 54:5-139:26<br><br>The '054 patent file history (Exh. E), including:<br><br>• May 23, 2001, Original Application at p. 66 (Exh. E1)<br>• May 23, 2001, Original Claims at pgs. 192 – 264 (Exh. E1)<br>• March 26, 2003 Office Action at pgs. 2 and 3 (Exh. E2)<br>• June 6, 2003 Amendment at p. 11 (Exh. E3)<br>• August 26, 2003 Amendment at pgs. 7-9 and 10 (Exh. E4)<br>• August 27, 2003 Final Rejection at p. 3 (Exh. E5)<br>• October 31, 2003 Amendment at pgs. 7-9, 11-13, and 15(Exh. E6)<br>• February 19, 2004 Notice Of Allowance | |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | at p. 2 (Exh. E7) <br><br> The '597 patent (Exh. C) abstract | |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| "nucleoside" ('054 and '597 Patents) | A compound comprising a base linked to a sugar | A compound comprising base and sugar moieties, with a hydroxyl group at the 5' position. |
| | **Intrinsic evidence:** | **Intrinsic evidence:** |
| | The '054 patent claims (Exh. B), including:<br><br>• Claims 1-27<br><br>The '054 patent specification (Exh. B), including:<br><br>• '054 pat – 5:26-61<br>• '054 pat – 6:4-39<br>• '054 pat – 6:50-7:15<br>• '054 pat – 7:26-55<br>• '054 pat – 7:65-8:28<br>• '054 pat – 8:38-67<br>• '054 pat – 9:11-63<br>• '054 pat – 9:65-10:53<br>• '054 pat – 10:55-11:37<br>• '054 pat – 11:39-12:17<br>• '054 pat – 12:18-63<br>• '054 pat – 12:65-13:38<br>• '054 pat – 15:41-16:31<br>• '054 pat – 16:41-45 | **'054 Patent Specification (Exh. B):[3]**<br>    Figure 1, List of "Other Publications", 2:14-19, 4:11-15, 15:17-20, 15:32-67, 38:58-63, 39:34-40:25, 42:2-5, 44:45-47:67, 49:12-22, 157:20-60<br><br>**'054 Patent Claims**<br>Claims 1-9, 22-24<br><br>**'597 Patent Claims**<br>Claims 1-33<br><br>**Prosecution History of '597 Patent:**<br>    June 25, 2008, Response to Office Action, at 6 (Exh. F6)<br><br>**Provisional Application 60/206,585 (Exh. F11):**<br>    Pages 2, 18-19, 48-49, 52, 54, 58<br><br>**Prosecution History of Application No. 13/730,669 (Exh. F14):**<br>    November 6, 2014, Response to Office |

---

[3] The '597 patent is a continuation of the '054 patent and shares an identical specification. Accordingly, separate citations to the '597 specification are not listed here. For each citation to the '054 specification, Gilead hereby incorporates the corresponding citation in the '597 specification.

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | <ul><li>'054 pat – 16:49-17:13</li><li>'054 pat – 17:24-28</li><li>'054 pat – 17:31-61</li><li>'054 pat – 18:4-8</li><li>'054 pat – 18:14-46</li><li>'054 pat – 18:57-61</li><li>'054 pat – 18:65-19:28</li><li>'054 pat – 19:38-42</li><li>'054 pat – 19:45-20:8</li><li>'054 pat – 20:17-22</li><li>'054 pat – 20:24-21:4</li><li>'054 pat – 21:12-17</li><li>'054 pat – 21:22-24</li><li>'054 pat – 21:26-22:13</li><li>'054 pat – 22:14-20</li><li>'054 pat – 22:21-26</li><li>'054 pat – 22:28-33</li><li>'054 pat – 22:35-23:45</li><li>'054 pat – 23:47-52</li><li>'054 pat – 23:54-59</li><li>'054 pat – 23:61-66</li><li>'054 pat – 24:1-43</li><li>'054 pat – 24:45-36:33</li><li>'054 pat – 37:53-38:11</li><li>'054 pat – 39:34-40:25</li><li>'054 pat – 43:53-44:25</li><li>'054 pat – 44:45-56</li><li>'054 pat – 47:5-41</li><li>'054 pat – 47:44-48:67</li></ul> | Action, at 10 |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | <ul><li>'054 pat – 50:38-51:12</li><li>'054 pat – 51:16-52:48</li><li>'054 pat – 54:30-156:56</li></ul>The '054 patent file history (Exh. E), including:<ul><li>May 23, 2001, Original Application at p. 66 (Exh. E1)</li><li>May 23, 2001, Original Claims at pgs. 192 – 264 (Exh. E1)</li><li>March 26, 2003 Office Action at pgs. 2 and 3 (Exh. E2)</li><li>June 6, 2003 Amendment at p. 11 (Exh. E3)</li><li>August 26, 2003 Amendment at pgs. 7-9 and 10 (Exh. E4)</li><li>August 27, 2003 Final Rejection at p. 3 (Exh. E5)</li><li>October 31, 2003 Amendment at pgs. 7-9, 11-13, and 15 (Exh. E6)</li><li>February 19, 2004 Notice Of Allowance at p. 2 (Exh. E7)</li></ul>The '054 patent (Exh. B) abstract<br><br>The '597 patent specification (Exh. C), including:<ul><li>'597 pat – 5:22-58</li><li>'597 pat – 6:1-32</li><li>'597 pat – 6:43-7:7</li></ul> | |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
| --- | --- | --- |
| | <ul><li>'597 pat – 7:19-56</li><li>'597 pat – 8:1-31</li><li>'597 pat – 8:20-22</li><li>'597 pat – 8:41-9:2</li><li>'597 pat – 9:14-66</li><li>'597 pat – 10:1-53</li><li>'597 pat – 10:55-11:37</li><li>'597 pat – 11:39-12:17</li><li>'597 pat – 12:19-66</li><li>'597 pat – 13:1-42</li><li>'597 pat – 15:51-16:44</li><li>'597 pat – 16:56-60</li><li>'597 pat – 16:65-17:28</li><li>'597 pat – 17:38-42</li><li>'597 pat – 17:46-18:9</li><li>'597 pat – 18:21-25</li><li>'597 pat – 18:30-61</li><li>'597 pat – 19:13-48</li><li>'597 pat – 19:4-8</li><li>'597 pat – 19:60-64</li><li>'597 pat – 20:1-31</li><li>'597 pat – 20:41-46</li><li>'597 pat – 20:48-21:30</li><li>'597 pat – 21:12-15</li><li>'597 pat – 21:40-45</li><li>'597 pat – 21:51-53</li><li>'597 pat – 21:55-22:50</li><li>'597 pat – 22:51-58</li><li>'597 pat – 22:60-66</li></ul> | |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | <ul><li>'597 pat – 23:1-6</li><li>'597 pat – 23:8-24:15</li><li>'597 pat – 24:17-22</li><li>'597 pat – 24:24-29</li><li>'597 pat – 24:31-36</li><li>'597 pat – 24:38-25:14</li><li>'597 pat – 24:54-56</li><li>'597 pat – 25:16-36:42</li><li>'597 pat – 37:59-38:16</li><li>'597 pat – 39:37-40:26</li><li>'597 pat – 43:54-44:27</li><li>'597 pat – 44:46-57</li><li>'597 pat – 47:1-36</li><li>'597 pat – 47:40-48:67</li><li>'597 pat – 50:36-51:8</li><li>'597 pat – 51:12-52:41</li><li>'597 pat – 54:5-139:26</li></ul>The '597 patent (Exh. C) abstract | |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| "administering" ('054, '597 and '600 Patents) | Making available | Providing externally. A metabolite of an administered compound that is created by in vivo transformation is not administered. |
| | **Intrinsic evidence:** The '054 patent claims (Exh. B), including: <br><br> • Claims 17 add 25-27 <br><br> The '054 patent specification (Exh. B), including: <br><br> • '054 pat – 15:38-40 <br> • '054 pat – 16:29-31 <br> • '054 pat – 17:11-13 <br> • '054 pat – 17:58-60 <br> • '054 pat – 18:43-45 <br> • '054 pat – 19:25-27 <br> • '054 pat – 20:5-7 <br> • '054 pat – 20:61-63 <br> • '054 pat – 21:65-67 <br> • '054 pat – 22:60-62 <br> • '054 pat – 23:35-37 <br> • '054 pat – 24:23-25 <br> • '054 pat – 25:11-13 | **Intrinsic evidence:** <br><br> **'054 Patent Specification (Exh. B):[4]** <br>     13:53-67, 15:21-23, 15:24-27, 15:32-38, 36:53-56, 38:58-63, 39:16-19, 39:34-37, 40:31-35, 41:57-65, 42:9-12, 42:14-20, 42:25-30, 42:33-35, 42:36-42, 42:60-61, 43:15-16, 158:3-10 <br><br> **Prosecution History of '597 Patent:** <br>     March 10, 2006, Response to Office Action, at 5 (Exh. F4); June 25, 2008, Response to Office Action, at 6 (Exh. F6) <br><br> **'600 Patent Specification (Exh. D):** <br>     Abstract, 7:13-24, 9:23-30, 12:41-63,13:46-14:2,13:8-12, 13:41-45, 38:35-48, 38:58-62, 39:6-20, 40:34-41, 42:26-53, 109:44-49, 110:2-5, 110:18-21, 110:43-45, 113:23-39, 113:46-51, 116:37-47, 116:63-66, 117:4-6, 117:7-12, 117:17-27, 117:28-36, 117:51-52, 118:7-8, 149:57-59; *see also* 14:5-37; 27:25-52; 28:61-29:26; 30:15-40; 34:6-39; 34:50-35:2; 35:7-55; 44:2-26; 45:1-9; 45:17-42; 45:45-52. |

[4] The '597 patent is a continuation of the '054 patent and shares an identical specification. Accordingly, separate citations to the '597 specification are not listed here. For each citation to the '054 specification, Gilead hereby incorporates the corresponding citation in the '597 specification.

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | <ul><li>'054 pat – 25:33-35</li><li>'054 pat – 25:54-56</li><li>'054 pat – 26:11-16</li><li>'054 pat – 26:30-32</li><li>'054 pat – 26:50-52</li><li>'054 pat – 27:4-6</li><li>'054 pat – 27:24-26</li><li>'054 pat – 27:45-47</li><li>'054 pat – 29:21-23</li><li>'054 pat – 29:55-57</li><li>'054 pat – 30:11-13</li><li>'054 pat – 30:32-34</li><li>'054 pat – 30:56-58</li><li>'054 pat – 31:9-11</li><li>'054 pat – 31:30-32</li><li>'054 pat – 31:53-55</li><li>'054 pat – 33:39-41</li><li>'054 pat – 33:60-62</li><li>'054 pat – 34:14-16</li><li>'054 pat – 34:37-39</li><li>'054 pat – 34:61-63</li><li>'054 pat – 35:15-15</li><li>'054 pat – 35:34-36</li><li>'054 pat – 38:45-57</li><li>'054 pat – 38:58-39:15</li><li>'054 pat – 41:57-65</li><li>'054 pat – 42:36-64</li><li>'054 pat – 43:15-26</li><li>'054 pat – 157:23-60</li></ul> | **Prosecution History of '600 Patent:**<br>   August 15, 2006, Non-final Office Action, at 4 (Exh. F9); February 15, 2007, Response to Office Action, at 7 (Exh. F10)<br><br>**Provisional Application 60/206,585 (Exh. F11):**<br>   Pages 16, 18, 45, 48-49, 58-60<br><br>**Provisional Application 60/392,350 (Exh. F15):**<br>   Pages 6-8, 13, 35, 37, 39, 42, 103, 107-108, 111-113, 5294<br><br>**Provisional Application 60/466,194 (Exh. F16):**<br>   Page 4<br><br>**Provisional Application 60/479,949 (Exh. F17):**<br>   Pages 7-8, 10-11, 14-16, 19, 28-29, 38-39, 43-45, Abstract |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | The '597 patent claims (Exh. C), including:<br><br>• Claims 1, 8-10, 28 and 30-33<br><br>The '597 patent specification (Exh. C), including:<br><br>• '597 pat – 5:56<br>• '597 pat – 6:30-31<br>• '597 pat – 7:5-6<br>• '597 pat – 7:54<br>• '597 pat – 8:29-30<br>• '597 pat – 9:56-57<br>• '597 pat – 10:39-40<br>• '597 pat – 11:28-29<br>• '597 pat – 11:63-64<br>• '597 pat – 12:45-46<br>• '597 pat – 15:48-50<br>• '597 pat – 16:42<br>• '597 pat – 17:26-27<br>• '597 pat – 18:7-8<br>• '597 pat – 18:58<br>• '597 pat – 19:45-46<br>• '597 pat – 20:29-30<br>• '597 pat – 21:22-23<br>• '597 pat – 22:33-34<br>• '597 pat – 23:34-35<br>• '597 pat – 24:7-8<br>• '597 pat – 24:63-64 | |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | <ul><li>'597 pat – 25:28-29</li><li>'597 pat – 25:48-49</li><li>'597 pat – 26:1-2</li><li>'597 pat – 26:22-23</li><li>'597 pat – 26:45-46</li><li>'597 pat – 26:63-64</li><li>'597 pat – 28:9-10</li><li>'597 pat – 29:52</li><li>'597 pat – 30:18-19</li><li>'597 pat – 30:40-41</li><li>'597 pat – 30:60-61</li><li>'597 pat – 31:16-17</li><li>'597 pat – 32:10-11</li><li>'597 pat – 33:30</li><li>'597 pat – 33:60-61</li><li>'597 pat – 34:13-14</li><li>'597 pat – 34:33-34</li><li>'597 pat – 34:55-56</li><li>'597 pat – 35:11-12</li><li>'597 pat – 35:30-31</li><li>'597 pat – 35:51-52</li><li>'597 pat – 38:49-61</li><li>'597 pat – 38:62-39:17</li><li>'597 pat – 41:57-64</li><li>'597 pat – 42:34-61</li><li>'597 pat – 43:13-25</li><li>'597 pat – 44:23-24</li><li>'597 pat – 47:32-33</li><li>'597 pat – 51:3-4</li></ul> | |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | • '597 pat – 139:62-140:35 <br><br> The '600 patent claims (Exh. D), including: <br><br> • Claims 1, 3-6, 50 and 77-79 <br><br> The '600 patent specification (Exh. D), including: <br><br> • '600 pat – 12:45-63 <br> • '600 pat – 13:8-12 <br> • '600 pat – 13:41-46 <br> • '600 pat – 13:51-14:2 <br> • '600 pat – 14:8-36 <br> • '600 pat – 31:55-32:13 <br> • '600 pat – 32:19-22 <br> • '600 pat – 34:11-39 <br> • '600 pat – 35:12-55 <br> • '600 pat – 36:28-31 <br> • '600 pat – 38:14-15 <br> • '600 pat – 38:21-34 <br> • '600 pat – 38:49-58 <br> • '600 pat – 40:36-44 <br> • '600 pat – 44:6-26 <br> • '600 pat – 44:38-43 <br> • '600 pat – 45:22-52 <br> • '600 pat – 45:65-46:26 <br> • '600 pat – 58:66-59:2 <br> • '600 pat – 59:15-19 <br> • '600 pat – 59:33-26 | |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | <ul><li>'600 pat – 59:51-67</li><li>'600 pat – 60:14-17</li><li>'600 pat – 60:29-32</li><li>'600 pat – 60:39-62</li><li>'600 pat – 62:5-8</li><li>'600 pat – 64:45-48</li><li>'600 pat – 66:67-67:3</li><li>'600 pat – 69:24-27</li><li>'600 pat – 71:23-26</li><li>'600 pat – 73:67-74:3</li><li>'600 pat – 76:24-27</li><li>'600 pat – 78:45-48</li><li>'600 pat – 80:45-48</li><li>'600 pat – 83:24-27</li><li>'600 pat – 85:45-48</li><li>'600 pat – 88:1-4</li><li>'600 pat – 90:1-4</li><li>'600 pat – 90:13-15</li><li>'600 pat – 90:26-29</li><li>'600 pat – 90:38-41</li><li>'600 pat – 90:52-55</li><li>'600 pat – 90:64-66</li><li>'600 pat – 91:11-16</li><li>'600 pat – 91:23-26</li><li>'600 pat – 91:39-44</li><li>'600 pat – 91:51-53</li><li>'600 pat – 91:62-67</li><li>'600 pat – 92:7-9</li><li>'600 pat – 92:21-27</li></ul> | |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | <ul><li>'600 pat – 92:33-36</li><li>'600 pat – 92:47-53</li><li>'600 pat – 92:59-62</li><li>'600 pat – 93:18-20</li><li>'600 pat – 93:5-11</li><li>'600 pat – 93:33-38</li><li>'600 pat – 93:45-47</li><li>'600 pat – 93:60-64</li><li>'600 pat – 94:8-13</li><li>'600 pat – 94:21-25</li><li>'600 pat – 94:33-37</li><li>'600 pat – 94:47-50</li><li>'600 pat – 95:29-59</li><li>'600 pat – 96:54-97:13</li><li>'600 pat – 98:25-56</li><li>'600 pat – 100:49-101:13</li><li>'600 pat – 101:29-45</li><li>'600 pat – 101:55-102:34</li><li>'600 pat – 103:4-8</li><li>'600 pat – 104:45-61</li><li>'600 pat – 105:1-4</li><li>'600 pat – 109:31-43</li><li>'600 pat – 109:44-49</li><li>'600 pat – 109:54-67</li><li>'600 pat – 110:1-16</li><li>'600 pat – 110:43-55</li><li>'600 pat – 116:36-47</li><li>'600 pat – 117:7-9</li><li>'600 pat – 149:19-23'</li></ul> | |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| | The '600 patent (Exh. D) abstract | |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
| **"leaving group"** **('600 Patent)** | A moiety that includes one or more atoms that are cleaved, i.e., a prodrug moiety | An atom or group of atoms that is cleaved in its entirety from the administered compound. |
| | **Intrinsic evidence:** The '600 patent claims (Exh. D), including: <br><br> • Claims 1 and 50 <br><br> The '600 specification (Exh. D), including: <br><br> • '600 pat – 9:30-38 <br> • '600 pat – 9:47-49 <br> • '600 pat – 10:6-12:40 <br> • '600 pat – 12:64-13:15 <br> • '600 pat – 13:41-46 <br> • '600 pat – 32:14-22 <br> • '600 pat – 36:22-31 <br> • '600 pat – 40:59-41:57 <br> • '600 pat – 44:27-43 <br> • '600 pat – 60:5-34 <br> • '600 pat – 90:4-15 <br> • '600 pat – 90:29-41 <br> • '600 pat – 90:55-66 <br> • '600 pat – 91:14-26 <br> • '600 pat – 91:42-53 <br> • '600 pat – 91:65-92:9 <br> • '600 pat – 92:24-36 | **Intrinsic evidence:** <br><br> **'600 Patent Specification (Exh. D):** <br>       13:8-12, 13:41-45, 120:4-6, 121:36-42, Bottom of columns 121 and 122 through top of columns 123 and 124, scheme 3, 125:23-28, Bottom of columns 125 and 126, scheme 5 <br><br> **Prosecution History of '600 Patent:** <br>       June 27, 2003 claims were part of the originally filed application, at pages 2620-22, 2630, 2640-41, 2650, 2653-54 (Exh. F7); May 31, 2006, Amendment and Response to Office Action, at 2 (Exh. F8) <br><br> **Provisional Application 60/392,350 (Exh. F15):** <br>       Page 116-117, 119, scheme 3, 121, 123, scheme 5 <br><br> **Provisional Application 60/479,949 (Exh. F17):** <br>       Pages 51, 53-54, scheme 3, 57, 59, scheme 5 <br><br> **Prosecution History of 13/168,895 application (now US 8,637,475):** <br>       July 6, 2012, Response to Office Action (Exh. F18); October 4, 2012, Response to Office Action (Exh. F19) |

| Claim Term (Patent) | Plaintiff's Proposed Construction and Intrinsic Evidence | Defendant's Proposed Construction and Intrinsic Evidence |
|---|---|---|
|  | • '600 pat – 92:50-62<br>• '600 pat – 93:8-20<br>• '600 pat – 93:36-47<br>• '600 pat – 98:48-55<br>• '600 pat – 102:64-103:8<br>• '600 pat – 104:62-105:4<br>• '600 pat – 110:43-113:20<br><br>The '600 patent (Exh. D) abstract |  |