IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IDENIX PHARMACEUTICALS, INC., UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITÉ MONTPELLIER II,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC. and GILEAD PHARMASSET LLC,<br><br>Defendants. | C.A. No. 13-1987-LPS |
| IDENIX PHARMACEUTICALS, INC., UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITÉ MONTPELLIER II,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD PHARMASSET LLC,<br><br>Defendant. | C.A. No. 14-846-LPS |

**APPENDIX TO JOINT CLAIM CHART**

**(Volume II of II)**

ASHBY & GEDDES
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
amayo@ashby-geddes.com

*Of Counsel*:

Calvin P. Griffith
Ryan B. McCrum
Michael S. Weinstein
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939

Anthony M. Insogna
John D. Kinton
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
(858) 314-1200

John M. Michalik
JONES DAY
77 West Wacker
Chicago, IL 60601
(312) 782-3939

*Attorneys for Plaintiffs*
*Idenix Pharmaceuticals, Inc., Universita Degli Studi Di Cagliari, Centre National de la Recherche Scientifique and L'Université Montpellier II*

Dated: May 20, 2015

FISH & RICHARDSON P.C.
Douglas E. McCann (#3852)
Martina Tyreus Hufnal (4771)
Santosh V. Coutinho (#5470)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
(302) 652-5070
dmccann@fr.com
hufnal@fr.com
coutinho@fr.com

*Of Counsel:*

W. Chad Shear
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070

Frank E. Scherkenbach
Jenny Shmuel
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210-1878
(617) 542-5070

Jonathan E. Singer
Rebecca Shult
Tasha M. Francis
Fish & Richardson P.C.
3200 RBC Plaza
60th South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

Rebecca Charnas Grant
John M. Farrell
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070

*Attorneys for Defendants Gilead Sciences, Inc. and Gilead Pharmasset LLC*