IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IDENIX PHARMACEUTICALS LLC, UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITE MONTPELLIER,<br><br>              Plaintiffs,<br><br>   v.<br><br>GILEAD SCIENCES, INC. and GILEAD PHARMASSET LLC,<br><br>              Defendants. | C.A. No. 13-1987-LPS |
| IDENIX PHARMACEUTICALS LLC, UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITE MONTPELLIER,<br><br>              Plaintiffs,<br><br>   v.<br><br>GILEAD PHARMASSET LLC,<br><br>              Defendant. | C.A. No. 14-109-LPS |
| IDENIX PHARMACEUTICALS LLC UNIVERSITA DEGLI STUDI DI CAGLIARI,<br><br>              Plaintiffs,<br><br>   v.<br><br>GILEAD SCIENCES, INC.<br><br>              Defendant. | C.A. No. 14-846-LPS |

**DEFENDANTS' MOTION TO PHASE TRIAL**

PLEASE TAKE NOTICE that Defendants Gilead Sciences, Inc. and Gilead Pharmasset LLC ("Gilead"), by its undersigned counsel, respectfully move this Court to phase trial scheduled to begin on December 5, 2016, with a first phase consisting of Gilead's invalidity case, and a second phase, taking place only if the jury finds the patent-in-suit to be valid, consisting of Idenix's damages and willful infringement case.  The grounds for this motion are set forth in the Opening Brief of Gilead in Support of its Motion to Phase Trial.

Dated:  November 18, 2016          FISH & RICHARDSON P.C.

By: */s/ Joseph B. Warden*
Douglas E. McCann (#3852)
Martina Tyreus Hufnal (#4771)
Elizabeth M. Flanagan (#5891)
Santosh V. Coutinho (#5470)
Joseph B. Warden (#5401)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
(302) 652-5070
dmccann@fr.com; hufnal@fr.com;
eflanagan@fr.com; coutinho@fr.com;
warden@fr.com

W. Chad Shear (#5711)
Jonathan E. Singer
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070
shear@fr.com; singer@fr.com

John M. Farrell
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
jfarrell@fr.com

Tasha M. Francis
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone:  (612) 335-5070
tfrancis@fr.com

Corrin N. Drakulich
FISH & RICHARDSON P.C.
1180 Peachtree St., N.E., 21st Floor
Atlanta, GA 30309
Telephone:  (404) 892-5005
drakulich@fr.com

**ATTORNEYS FOR DEFENDANTS
GILEAD SCIENCES, INC. AND GILEAD PHARMASSET LLC**