IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IDENIX PHARMACEUTICALS LLC, UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITE MONTPELLIER,<br><br>              Plaintiffs,<br><br>   v.<br><br>GILEAD SCIENCES, INC. and GILEAD PHARMASSET LLC,<br><br>              Defendants. | C.A. No. 13-1987-LPS |
| IDENIX PHARMACEUTICALS LLC, UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITE MONTPELLIER,<br><br>                Plaintiffs,<br><br>   v.<br><br>GILEAD PHARMASSET LLC,<br><br>              Defendant. | C.A. No. 14-109-LPS |
| IDENIX PHARMACEUTICALS LLC UNIVERSITA DEGLI STUDI DI CAGLIARI,<br><br>              Plaintiffs,<br><br>   v.<br><br>GILEAD SCIENCES, INC.<br><br>              Defendant. | C.A. No. 14-846-LPS |

**GILEAD'S PROPOSED VERDICT FORM**

We, the jury, unanimously find as follows:

I. **INVALIDITY OF IDENIX'S '597 PATENT – § 112 – ENABLEMENT**

Has Gilead proven by clear and convincing evidence that the asserted claims of the '597 patent are invalid because the specification of the '597 patent does not enable what is claimed?

*"Yes" is a finding for Gilead. "No" is a finding for Idenix.*

Yes _____        No _____

II. **INVALIDITY OF IDENIX'S '597 PATENT – § 112 – WRITTEN DESCRIPTION**

Has Gilead proven by clear and convincing evidence that the asserted claims of the '597 patent are invalid because the specification of the '597 patent does not contain an adequate written description of what is claimed?

*"Yes" is a finding for Gilead. "No" is a finding for Idenix.*

Yes _____        No _____

## III. IDENIX'S '597 PATENT – PRIORITY DATE

1. Has Idenix proven that it is entitled to a priority date for the '597 patent that is any earlier than the actual filing date of June 20, 2003?

   *"Yes" is a finding for Idenix. "No" is a finding for Gilead.*

   Yes _____      No _____

   *If you answered "No" to question #1 above, skip question #2 and proceed directly to section IV.*

2. If you answered "yes" to question #1 above, what priority date has Idenix proven that it is entitled to?

   May 23, 2000 _____      May 23, 2001 _____

## IV. INVALIDITY OF IDENIX'S '597 PATENT – PRIOR INVENTION BY MERCK

Has Gilead proven by clear and convincing evidence that any of the following claims of the '597 patent is invalid because of Merck's prior invention?

*"Yes" is a finding for Gilead. "No" is a finding for Idenix.*

| Claim | Yes | No |
|---|---|---|
| Claim 1 | _____ | _____ |
| Claim 2 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 5 | _____ | _____ |
| Claim 6 | _____ | _____ |
| Claim 7 | _____ | _____ |
| Claim 9 | _____ | _____ |
| Claim 10 | _____ | _____ |
| Claim 11 | _____ | _____ |
| Claim 16 | _____ | _____ |
| Claim 19 | _____ | _____ |
| Claim 23 | _____ | _____ |
| Claim 28 | _____ | _____ |
| Claim 29 | _____ | _____ |
| Claim 30 | _____ | _____ |
| Claim 31 | _____ | _____ |

## V. INVALIDITY OF IDENIX'S '597 PATENT – OBVIOUSNESS

Has Gilead proven by clear and convincing evidence that any of the following claims of the '597 patent is invalid because the claimed subject matter would have been obvious to a person of ordinary skill in the art at the time of the claimed invention?

*"Yes" is a finding for Gilead. "No" is a finding for Idenix.*

| Claim | Yes | No |
|---|---|---|
| Claim 1 | Yes _____ | No _____ |
| Claim 2 | Yes _____ | No _____ |
| Claim 4 | Yes _____ | No _____ |
| Claim 5 | Yes _____ | No _____ |
| Claim 6 | Yes _____ | No _____ |
| Claim 7 | Yes _____ | No _____ |
| Claim 9 | Yes _____ | No _____ |
| Claim 10 | Yes _____ | No _____ |
| Claim 11 | Yes _____ | No _____ |
| Claim 16 | Yes _____ | No _____ |
| Claim 19 | Yes _____ | No _____ |
| Claim 23 | Yes _____ | No _____ |
| Claim 28 | Yes _____ | No _____ |
| Claim 29 | Yes _____ | No _____ |
| Claim 30 | Yes _____ | No _____ |
| Claim 31 | Yes _____ | No _____ |
| Claim 29 | Yes _____ | No _____ |
| Claim 31 | Yes _____ | No _____ |

You must each sign this verdict form:

Dated: _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____