IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IDENIX PHARMACEUTICALS LLC and UNIVERSITA DEGLI STUDI DI CAGLIARI,<br><br>             Plaintiffs,<br><br>     v.<br><br>GILEAD SCIENCES, INC.<br><br>             Defendant. | C.A. No. 14-846-LPS |

## STIPULATED ORDER

It is hereby stipulated and agreed, subject to the approval and Order of the Court, that the deadlines and page limits for briefing on Idenix's issues are as follows:

- Idenix's motion for and bill of costs is due within 14 days after the time for appeal has expired or, if an appeal is taken, within 14 days after the appellate mandate issues.

- Idenix's motion for entitlement to attorneys' fees is due within 28 days after the Court's entry of judgment on the jury's verdict, and Idenix's motion to show the particular amount of any fees to which it is entitled is due at a reasonable time after the Court's ruling on Idenix's motion for entitlement to attorneys' fees.

- Idenix's motions for pre-judgment interest, post-judgment interest, supplemental damages/accounting, enhanced damages, and ongoing royalties in lieu of an injunction shall be filed no later than 28 days after the Court's entry of judgment on the jury's verdict.

- Any answering briefs by Gilead in opposition shall be filed no later than 28 days after Idenix's motions are filed; and

- Any reply briefs by Idenix in support of its motions shall be filed no later than 14 days after the answering brief in opposition is filed.

- Idenix shall have a total of 25 pages for its opening brief(s) on all post-trial issues that it seeks to raise within 28 days after the Court's entry of judgment. Gilead shall have a total of 25 pages for its opposition brief(s) responding to Idenix's post-trial motions. Idenix shall have a total of 12 pages for its reply brief(s) on its post-trial motions.

{01176558;v1 }

It is further stipulated and agreed, subject to the approval and Order of the Court, that the deadlines and page limits for briefing on the post-trial motions outlined by Gilead in the Joint Status Report are as follows:

- Any post-trial motion(s) by Gilead and its opening brief(s) shall be filed no later than 28 days after the Court's entry of judgment on the jury's verdict;

- Any answering brief by Idenix in opposition shall be filed no later than 28 days after the post-trial motion is filed; and

- Any reply brief in support of a post-trial motion by Gilead shall be filed no later than 14 days after the answering brief in opposition is filed.

- Gilead shall have a total of 25 pages for its opening brief(s) on its post-trial motions. Idenix shall have a total of 25 pages for its opposition brief(s) responding to Gilead's post-trial motions. Gilead shall have a total of 12 pages for its reply brief(s) on its post-trial motions.

| ASHBY & GEDDES | FISH & RICHARDSON P.C. |
|---|---|
| /s/ *John G. Day* | /s/ *Douglas McCann* |
| Steven J. Balick (#2114) | Douglas McCann (#3852) |
| John G. Day (#2403) | Martina Tyreus Hufnal (#4771) |
| Andrew C. Mayo (#5207) | 222 Delaware Avenue, 17th Floor |
| 500 Delaware Avenue, 8th Floor | P.O. Box 1114 |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 652-5070 |
| (302) 654-1888 | hufnal@fr.com |
| sbalick@ashby-geddes.com | coutinho@fr.com |
| jday@ashby-geddes.com | warden@fr.com |
| amayo@ashby-geddes.com | |
| | *Attorneys for Defendant* |
| *Attorney for Plaintiffs* | |

SO ORDERED, this _____ day of _____, 2016.

_____
Chief Judge