IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IDENIX PHARMACEUTICALS LLC and UNIVERSITA DEGLI STUDI DI CAGLIARI,<br><br>                       Plaintiffs,<br><br>  v.<br><br>GILEAD SCIENCES, INC.,<br><br>                       Defendant. | C.A. No. 14-846-LPS |

## JOINT STATUS REPORT

Pursuant to the Court's January 23, 2017 Oral Order (D.I. 531), the parties submit this Joint Status Report to provide an update regarding their effort to finalize an agreement with respect to U.S. Patent No. 6,914,054 ("the '054 patent") and as to whether the Court should enter judgment.

The parties have finalized a covenant not to sue related to the '054 patent. Attached as Exhibit A is the fully executed covenant not to sue. The parties respectfully request that the Court enter judgment in the form the parties previously submitted (D.I. 520-1).

| | |
|---|---|
| ASHBY & GEDDES | FISH & RICHARDSON P.C. |
| /s/ *John G. Day* | /s/ *Martina Tyreus Hufnal* |
| Steven J. Balick (#2114) <br> John G. Day (#2403) <br> Andrew C. Mayo (#5207) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> sbalick@ashby-geddes.com <br> jday@ashby-geddes.com <br> amayo@ashby-geddes.com | Douglas McCann (#3852) <br> Martina Tyreus Hufnal (#4771) <br> 222 Delaware Avenue, 17th Floor <br> P.O. Box 1114 <br> Wilmington, DE 19899 <br> (302) 652-5070 <br> dmccann@fr.com <br> hufnal@fr.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |

Dated: January 25, 2017