# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 13, 2017

The Honorable Leonard P. Stark  **VIA ELECTRONIC FILING**
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    *Idenix Pharmaceuticals LLC, et al. v. Gilead Sciences, Inc.*,
            C.A. No. 14-846-LPS

Dear Chief Judge Stark:

    In light of Local Rule 7.1.4, and subject to the issue discussed in the paragraph below, Plaintiffs Idenix Pharmaceuticals LLC and Universita Degli Studi di Cagliari (collectively, "Idenix") hereby defer to the Court on whether to hold oral argument on the parties' post-trial motions, each filed on February 23, 2017. (D.I. 535, 538.)

    Idenix also hereby notes Defendant Gilead Sciences, Inc.'s request for an evidentiary hearing on the ongoing royalty, which is set forth in footnote 14 of Gilead's Opposition to Idenix's Post-Trial Motions (D.I. 555 at 14 n.4) and for which Gilead has informed Idenix that it intends to renew its request today. Idenix believes that an evidentiary hearing would be unduly burdensome and unnecessary, and that Gilead has articulated neither a legal nor factual basis for its request. Given the burdens of an evidentiary hearing, including possible depositions, hearing preparation, and witness availability, Idenix respectfully requests to be heard on Gilead's evidentiary hearing request, before any such evidentiary hearing might be ordered.

                                                                         Respectfully,

                                                                         */s/ John G. Day*

                                                                         John G. Day (#2403)

JGD/nml

cc:    All Counsel of Record (via electronic mail)

{01203362;v1 }