## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IDENIX PHARMACEUTICALS LLC and UNIVERSITA DEGLI STUDI di CAGLIARI, <br><br> Plaintiffs, <br><br> v. <br><br> GILEAD SCIENCES, INC., <br><br> Defendant. | C.A. No. 14-846-LPS |

## ORDER

At Wilmington this 22nd day of September, 2017:

For the reasons stated in the Memorandum Opinion issued this same date,

IT IS HEREBY ORDERED that Plaintiffs' post-trial motion (D.I. 538) is GRANTED IN PART and DENIED IN PART, as follows:

1. The motion is GRANTED with respect to Plaintiffs' request that prejudgment interest on their damages award be calculated at the prime interest rate.

2. The motion is DENIED with respect to Plaintiffs' request that damages be enhanced due to Defendant's willful infringement.

3. The motion is DENIED with respect to Plaintiffs' request that they be awarded their attorney fees on the basis that this case is "exceptional."

5. The motion is DENIED WITHOUT PREJUDICE with respect to Plaintiffs' request that the running royalty rate on post-judgment damages be higher than 10%. The parties agreed to stay proceedings with respect to their dispute on this issue until after appeals are completed.

Defendant's renewed motion for judgment as a matter of law (D.I. 535) remains pending before the Court.

IT IS FURTHER ORDERED that because the Court has redacted certain information from the publicly-available version of its Memorandum Opinion, the parties shall meet and confer and advise the Court, no later than September 25, 2017, whether they oppose the Court removing the redactions and, if so, on what basis.

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT COURT